64799. McCANNON v. CITY OF ATLANTA.

CARLEY, Judge.

Appellant filed a notice of appeal from an order of the Superior Court of Fulton County affirming the decision of the Civil Service Board of the City of Atlanta. "Such appeals must be brought under the discretionary provisions of Code Ann. § 6-701.1 (a) (Ga. L. 1979, pp. 619, 620). Accordingly, this appeal must be dismissed. [Cits.]" *Porter v. Marcus,* 156 Ga. App. 368 (274 SE2d 168) (1980).

*Appeal dismissed. Quillian, C. J., and Shulman, P. J., concur.*

DECIDED OCTOBER 13, 1982.

*Charles L. Barrett III,* for appellant.
*Marva J. Brooks, Thomas A. Bowman,* for appellee.